No. 91–157. Tandon Corp. *v.* Quantum Corp. C. A. Fed. Cir. Certiorari denied.

No. 91–158. Harry Wolsky, Inc., aka Harry Wolsky Stair Builders, Inc. *v.* Industrial Commission of Ohio et al. Sup. Ct. Ohio. Certiorari denied.

No. 91–160. First Federal Savings Bank & Trust et al. *v.* Director, Office of Thrift Supervision, et al. C. A. 6th Cir. Certiorari denied.

No. 91–163. Goodall, an Infant, by his Father and Next Friend, Goodall, et al. *v.* Stafford County School Board. C. A. 4th Cir. Certiorari denied.

No. 91–165. Lin *v.* Prudential-Bache Securities, Inc., et al. C. A. 9th Cir. Certiorari denied.

No. 91–166. Varnishung *v.* United States. C. A. 5th Cir. Certiorari denied.

No. 91–167. Peregoy et al. *v.* Amoco Production Co. et al. C. A. 5th Cir. Certiorari denied.

No. 91–170. Hill *v.* Mississippi State Employment Service et al. C. A. 5th Cir. Certiorari denied.

No. 91–171. Neil *v.* District Court in and for City and County of Denver et al. C. A. 10th Cir. Certiorari denied.

No. 91–172. Magnano *v.* New York. Ct. App. N. Y. Certiorari denied.

No. 91–173. Harnischfeger Corp. *v.* Harbor Insurance Co. C. A. 7th Cir. Certiorari denied.

No. 91–174. Centennial et al. *v.* Placer Dome U. S., Inc. Sup. Ct. Nev. Certiorari denied.